# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>Auriyon Tresan Rayford,<br><br>Defendant. | CASE NO. 3:25mj0364<br><br>MAGISTRATE JUDGE SILVAIN |

## MOTION TO SEAL COMPLAINT PACKET AND ARREST WARRANT

The United States moves that the Court grant this Motion to Seal the Complaint Packet and Arrest Warrant in the above-entitled cause for the following reasons:

1. Since 2024, federal law enforcement has investigated Auriyon Tresan Rayford for violations of federal law including conspiring to distribute fentanyl. Rayford is unaware of the investigation against her and has no knowledge of its scope.

2. To prevent Rayford and her associates from gaining knowledge of her possible arrest and the scope of this investigation as well as to prevent her flight and the destruction of evidence, the United States requests that the Court seal the Complaint Packet and Arrest Warrant in this matter.

For the foregoing reasons, the United States respectfully requests that the Court grant this motion and order sealed the Complaint Packet and Arrest Warrant in the above-entitled case.

Respectfully submitted,

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

s/Brent G. Tabacchi
BRENT G. TABACCHI (6276029)
Assistant United States Attorney
Federal Building, 200 West Second Street, #600
Dayton, OH 45402
Phone No.: (937) 225-2910
Fax No.: (937) 225-2564
Email: Brent.Tabacchi@usdoj.gov