AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Auriyon Tresean Rayford<br><br>_Defendant_ | )<br>)  Case No. **3:25 mj 0364**<br>)<br>)  MAGISTRATE JUDGE SILVAIN<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Auriyon Tresean Rayford

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, §§ 846 and 841(b)(1)(A) (knowing and intentional conspiracy to possess with intent to distribute and to distribute controlled substances – namely, 400 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance)

Title 18, United States Code, § 1956(h) (conspiracy to transmit or transfer funds from a place in the United States to or through a place outside of the United States for with the intent to promote the carrying on of specified unlawful activity).

Date: 8/21/25

_Issuing officer's signature_

City and state: Dayton, Ohio

United States Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 21 Aug 25, and the person was arrested on _(date)_ 22 Aug 25
at _(city and state)_ Tipp City, OH.

Date: 22 Aug 25

_Arresting officer's signature_

JORDAN GULA, SA, FBI
_Printed name and title_