IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:25-MJ-364 |
| v. | : | |
| AURIYON TRESEAN RAYFORD | : | MOTION TO UNSEAL CASE EXCEPT DOCUMENT R.3 (Complaint) |

Now comes the United States, by counsel, and respectfully requests that the above captioned case be unsealed, except for Document R.3 (Complaint). This case remains under investigation and the United States respectfully requests that Document R.3 remain under seal until further Order from the Court.

Respectfully submitted,

DOMINICK S. GERAGE II
United States Attorney

s/Elizabeth L. McCormick
ELIZABETH L. MCCORMICK
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Fax: (937) 225-2564
E-mail: Elizabeth.mccormick@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served the same day as filing by virtue of the ECF system to counsel of record.

s/Elizabeth L. McCormick
ELIZABETH L. MCCORMICK
Assistant United States Attorney