IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:25-MJ-364 |
| v. | : | |
| AURIYON TRESEAN RAYFORD | : | ORDER UNSEALING CASE EXCEPT DOCUMENT R.3 (Complaint) |

IT IS HEREBY ORDERED that the above captioned case, except Document R.3 (Complaint) be unsealed by the Clerk of Courts.

DATE: 8/28/25

_____
UNITED STATES MAGISTRATE JUDGE